IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CLARK,

          Plaintiff,                 1: 09 CV 00155 YNP GSA (PC)

    vs.                           ORDER


DERRAL ADAMS, et al.,

          Defendants.


      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.   Plaintiff has filed a document entitled "Rights Complaint Supplemental Pleading F.R.Civ. P. Rule 15(d)."  This document, three pages in length, appears to to set forth additional factual allegations.  The court construes this submission as a motion to file a supplemental complaint.

      Pursuant to Federal Rule of Civil Procedure 15(d), the court may permit a party to supplement the pleadings.  It is in the interest of efficient litigation  to permit Plaintiff to file an amended complaint setting forth all of his claims and factual allegations in one pleading.  Therefore, the court will grant Plaintiff thirty days in which to file an amended complaint.

      If plaintiff chooses to amend the complaint, plaintiff must demonstrate how the conditions complained of have resulted in a deprivation of plaintiff's constitutional rights. See

1   Ellis v. Cassidy, 625 F.2d 227 (9th Cir. 1980).  Also, the complaint must allege in specific terms

2   how each named defendant is involved.  There can be no liability under 42 U.S.C. § 1983 unless

3   there is some affirmative link or connection between a defendant's actions and the claimed

4   deprivation.  Rizzo v. Goode, 423 U.S. 362 (1976); May v. Enomoto, 633 F.2d 164, 167 (9th Cir.

5   1980); Johnson v. Duffy, 588 F.2d 740, 743 (9th Cir. 1978).

6       In addition, plaintiff is informed that the court cannot refer to a prior pleading in order to

7   make plaintiff's amended complaint complete.  Local Rule 15-220 requires that an amended

8   complaint be complete in itself without reference to any prior pleading.  This is because, as a

9   general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375

10  F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no

11  longer serves any function in the case.  Therefore, in an amended complaint, as in an original

12  complaint, each claim and the involvement of each defendant must be sufficiently alleged.

13      In accordance with the above, IT IS HEREBY ORDERED that:

14      1.  Plaintiff's motion to file a supplemental complaint is denied.

15      2   Plaintiff is granted thirty days from the date of service of this order to file a

16  first amended complaint that complies with the requirements of the Civil Rights Act, the Federal

17  Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the

18  docket number assigned this case and must be labeled "First Amended Complaint."

19

20

21   IT IS SO ORDERED.

22  **Dated:   September 29, 2009**          _____ **/s/ Gary S. Austin** _____
                                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26

2