IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND CLARK,

    Plaintiff,               1: 09 CV 00155 YNP GSA (PC)

    vs.                      ORDER RE MOTION (DOC 7)

DERRAL ADAMS, et al.,

    Defendants.

    Plaintiff has filed a motion for a stay of this action pending interlocutory appeal. Plaintiff has not filed a notice of appeal. The only orders entered in this action are an order granting Plaintiff's application to proceed in forma pauperis and an order granting Plaintiff leave to file an amended complaint, which is due on November 2, 2009. No appeal has been taken from any order, and no rulings adverse to Plaintiff have been made.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for a stay of this action is denied.

    IT IS SO ORDERED.

**Dated:**   **September 30, 2009**             **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE